FORD MOTOR CO. *v.* PARK ET AL.

No. 831.  Decided June 8, 1959.

*William T. Gossett* and *L. Homer Surbeck* for appellant.

*Abraham L. Zwerdling* and *Harold A. Cranefield* for Park et al., appellees.

*Paul L. Adams,* Attorney General of Michigan, *Stanton S. Faville,* Chief Assistant Attorney General, and *Samuel J. Torina,* Solicitor General, for the Attorney General of Michigan, appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.